UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANGELIKA RENEE LUSTERMAN,               )
                                        )
                    Plaintiff,          )
                                        )    **JUDGMENT IN A CIVIL CASE**
        v.                              )
                                        )    **CASE NO. 5:17-CV-138-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,                     )
                    Defendant.          )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security
pay to Plaintiff the sum of $4,902.00 in attorney fees and $400.00 in filing fees, in full
satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the
payment of such sum this case is dismissed with prejudice. Such payment should be sent to:
Maria Concetta Mayo, Ricci Law Firm, P .A. P.O. Box 483 Greenville, North Carolina 27835.
Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will
be made by check payable to Plaintiffs counsel, Ricci Law Firm, P .A., and mailed to the office
address above in accordance with Plaintiff's assignment to counsel of her right to payment of
attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be
payable to Plaintiff and sent to Plaintiff's counsel.

**This Judgment Filed and Entered on January 24, 2018, and Copies To:**
Maria Concetta Mayo                          (via CM/ECF electronic notification)
Elisa Donohoe                                (via CM/ECF electronic notification)

DATE:                        PETER A. MOORE, JR., CLERK
January 24, 2018             (By)  /s/ Nicole Briggeman
                              Deputy Clerk